THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 19, 2013





Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In Re:   GROSSMANN, CHRISTINE M. | ) | Case No.  11-36503 -MDM |
|  | ) |  |
| Debtor (s) | ) | Chapter 7 |
|  | ) |  |

### ORDER REOPENING CASE TO ADMINISTER ASSETS

A Stipulation having been filed pursuant to 11 U.S.C. § 350(b) for an Order reopening the above entitled case;

IT IS HEREBY ORDERED:

That this case be and is hereby reopened to allow the Trustee to administer assets.

####